IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00099-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KEVIN MICHAEL SNOW,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
---

    Upon petition of the United States and for good cause shown,

    IT IS HEREBY ORDERED that the Clerk of the Court issue said writ to the United States Marshal's Service requiring said United States Marshal to produce Defendant Kevin Michael Snow before a United States Magistrate Judge, forthwith, for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

    SO ORDERED this 3rd day of February, 2006.

    *s/ Phillip S. Figa*
    _____
    PHILLIP S. FIGA
    UNITED STATES DISTRICT COURT JUDGE
    DISTRICT OF COLORADO