UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00099-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN MICHAEL SNOW,

        Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL


        On December 16, 2009, the Probation Officer submitted a Report on Conduct
and Condition of Offender and Proposed Action to the Court.  The report requested that
I vacate the supervised release violation hearing set for December 17, 2009 at 10:00
a.m. and set another hearing in six months.  Based on the information contained in the
report, I agree with the Probation Officer.  Accordingly, the hearing set for December 17,
2009 at 10:00 a.m. is **VACATED.**  The parties are ordered to contact the Court at a
future date in order to reset this hearing.

        Dated:  December 16, 2009