UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00099-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN MICHAEL SNOW,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing shall take place on **Thursday, June 10, 2010, at 10:30 a.m.**

    Dated:  December 29, 2009